The application is denied. There appears no error of law in the judgment complained of.

BARHAM, J., recused.

208 So.2d 319

**Alvin WILLIAMS, John Guy and Katherine Guy**

v.

**HARDWARE MUTUAL CASUALTY COMPANY et al.**

No. 49098.

March 25, 1968.

Writs refused. On the facts found by the Court of Appeal we find no error in the judgment complained of.